## JULIO CENTENO COLON *v.* COMMISSIONER OF CORRECTION

The petitioner Julio Centeno Colon's petition for certification for appeal from the Appellate Court, 117 Conn. App. 904 (AC 29312), is denied.

*David B. Rozwaski*, special public defender, in support of the petition.

Decided April 14, 2010

## COREY TURNER *v.* COMMISSIONER OF CORRECTION

The petitioner Corey Turner's petition for certification for appeal from the Appellate Court, 118 Conn. App. 565 (AC 29062), is denied.

NORCOTT, J., did not participate in the consideration of or decision on this petition.

*David B. Rozwaski*, special public defender, in support of the petition.

*Denise B. Smoker*, senior assistant state's attorney, in opposition.

Decided April 14, 2010